Ms. Eboney Tolliver (ORMDI):

Reference:

EEO Case #    200J-657A4-2024-1-56639

I filed an EEO complaint 20 days after I signed for the VA Letter at the Post Office on Wed Jan 3, 2024.   I spoke to Carmen (sp?) about 1:13 pm Jan 22nd, 2024.    Per Carmen, I officially filed an EEO complaint Jan 22nd at 1:30 pm.

Employee:

Judy Arlene Redmond
John J Pershing VA Medical Center
=                                              1500 N Westwood Blvd
Poplar Bluff, Mo.    63901
Purchasing Agent/Logistics/3rd Floor
judy.redmond@va.gov (work)    Home:    jarjac50@yahoo.com (Only email I have access to is home).
Cell:    573-414-9001
Supervisor:    Jeffery Serrano (Retired Dec 2023).
Current Supervisor (?):    Rebecca Wertenberger (Assistant Cchief Supply Chain Officer)

Basis:    Physical & Mental Disabiity

_____

1.   Specific Dates

*April 7, 2023 Email from Supervisor Jeffery Serrano:    we can certainly revisit the Teleworkig later down the road.    Maybe once the nw PA's (Purchasing Agents) are in place and trained and things have settled down a bit, I can re-address with Leadership.

*Apr 7, 2023 Mid-Year Feedback Email from Supervisor Jeffry Serrano:    I do want to take this time to thank you for your commitent over the past 6 months.    Your talent, drive, attetion to detail & customer service have set a standard for others to emulate.

*VA Form 0740 Telework Request/Agreement signed Jan 2023 for AdHoc

*Completed VA Privacy & Information Security Awareness & Rules of Behavior 1/19/2023
*Complet VA Telework Training Module for Employees 1/19/2023

*Jul 31, 2023 Flare-Up of Bladder Disease/and PTSD

<u>*2023 Dates unknown:    Issues with Mr. James Monahan</u>

-Mr. Monahan had an issue with an order that I had on hold.    Vendor wouldn't order over phone, web-page order only.    Web-page charged >$250 in shipping (illegal) and taxes were charged (illegal).    I did not order due to these issues so I emailed customer.    Mr. Monahan said that shouldn't have "held-up" the order.

-I reached out to customer on above issue and the customer at the Cape Girardeau, Mo. CBOC said they didn't need the filing cabinet any longer.    I either have an email or TEAMS message with his telling me to cancel the order.    I cancelled the order then emailed Mr. James Monahan what we did.    He then chewed me out for cancelling the order and he told me they still needed the filing cabinet.

-Starting Jul 3, 2023 Logistics implemented a "New" process for purchasing agents of scanning documents from VISTA and receiving reports from the warehouse.    When this process was implemented there were 4 purchasing agents learning how to save documents/scan.    After 3 weeks, I felt comfortable with the new process; but all 4 purchasing agents still had a question specifically on "Receiving Reports" whether to scan "Wet" or "Electronic" signatures.    Mr. James Monahan was walking by the Purchasing Agents office, and I asked the question to clarify because in our TEAMS meetings daily (0810) it was told to us they were still discussing it.    Again, I asked the question and he snapped at me saying "Why did you wait so long to ask"    I want wet signatures."    I sat in the office with the two new purchasing agents with my mouth open.    I couldn't believe I got chewed out.    I should have been commended for asking the question.    The only purchasing Agent out of 4 to ask.    I was humiliated an dis-respected.    On Oct 10, 2023 I met with my supervisor Jeffery Serrano and Rebecca Wertenberger and brought this to their attention.    They apologized for Mr. Monahan disrespecting me.    Said they would talk with him, but told me **not** to expect a change in his behavior.

*The Form 0857 Reasonable Accommodtion signed by DMO, Stacey Anderson, Logistics Chief 8/9/2023.    When I met with Rebecca Wertenberger Sept 28, 2023 to discuss Urologist Treatment and Telework, despite Form 0857 already being signed, and my deadline for Medical Paperwork was Oct 5th, on Sept 28th Rebecca stated again the Purchasing Agent position was NOT a telework position.

*    I informed Supervisor Jeffery Serrano I currently can't work Oct 18, 2023.Supervisor Jeffery Serrano Requested if I was Resigning on Nov 3, 2023 and    Dec 13, 2023,

*Jeffery Serrano text me Sept 28th that he received notice from Uhion they wanted to meet.    Said he wa a bit confused why I would need to go through the union as my supervisor he's more than capable in assisting me in my OWCP package.    It's heartfelt you do not instill enough trust to utilize me for the position to take care of my troops.    Yet, upon informing Union and him that double the work was not manageable, Supervisor Jeffery Serrano emailed me Oct 26th (I have a copy of the Email) that double the work is realistic and manageable. (Clearly it's not and he did not have my back, he went along with Logistics Leadership views).

*I texted WH380E for FMLA leave to Supervisor Oct 19th asking for help filing and he Never responded.    I sent it again to the Union in Jan 2024.

*I text my Doctor Jill MCGruders letter to telework due to my conditions Oct 26th.     Letter wasn't good enough per Human Resources.

*My Dr, Jill McGruder provided appropriate VA Form paperwork on my medical conditions Dec 8th.    I received email from HR Dec 12th.    Then Rebecca Wertenberger sent a certified letter for me to Sign Dec 22nd, I signed for it Jan 3, 2024 and the letter stated:     "Return to duty" day after signing for letter or provide appropriate paperwork the day after.    Paperwork was provided Dec 12th two weeks before letter dated Dec 22nd.    To me that's harassment.    I am too sick to return to work.

2.   Brief Descrtiption of Claim

       I was told double the workload for months was realistic and manageable.    Clearly it wasn't. conditions and my PTSD was pushed off the charts.    My supervisor did not assist me with my FMLA paperwork.   He did not support me to Logistics Leadership that the workload was unmanageable.    My supervisor asked me again and again if i was resigning despite my fighting for Telework all year long (2023).    I was ordered to return to work, in a letter dated Dec 22, 2023, despite my physical and mental coditions aggrivated by the workload, and I was informed I could face disciplinary action up to and icluding removal from federal servie.    The letter also stated to submit FMLA request immediately, even though I submitted to my supervisor Jeffery Serrano Oct 19, 2023 (way before Dec 22nd letter).    HR refused telework despite my disabilities.    My Dr did FLMA paperwork, a letter concerning my conditions, then the VA Form.    Even my Urologist provided a Progress Report(the only documentation they would give) and it wasn't good enough.        This all adds up to a hostile work environment and harassment despite doing all I could to provide required documentation.

3.   Legal Basis for Claim

This claim's legal basis is based upon my "Physical & Mental" disabilities; which include:    Interstitial Cystitis Bladder Pain Disease, Post Tramatic Stress Disorder, Irritable Bowel Syndrome and Essential Tremor.    My physical and mental disability imits my life activities (barely able to walk, sharp ripping belly pain throughout every day, incontinence problems even when bathrooms available, tremors when under stress and PTSD symptoms.

4.   Name and title of Responsible Management Official

James Monahan (Duty Title unknown, Upper Leadership)

Jeffery Serrano (Supervisory AQcquisition Utilization Specialist

Rebecca Wertenberger (Assistant Chief Supply Chain Officer)

5.   Requested Resolution

I have been dis-respected and harassed based upon doing the right thing at work, based upon my physical and mental disabilities and my request for Telework.    So many VA employees telework without a disability reason.    Per the Union president employer is required by Federal Law to provide

reasonable accommodations to employees with disabilities who request them.    I was told numerous times, by Rebecca Wertenberger that my position, Purchasing Agent, was not a telework position, despite my physical and mental health.

I am 57 years old and planned to work until age 62.    I am now being denied 5 years of employment.    At my current pay GS06 for Poplar Bluff, Mo it's $43,422/Year gross,    For 5 years loss wages I lose $217,110 dollars.    This doesn't count the physical and mental pain I experience.    THe harassment I've experienced.    No one who has my work ethic and dedication to work (per supervisors email, I set the standard) deserves what the Logistics department has put me through.    I refuse to work for individual's who harass and pile on the workload until one gets sick.    I worked as much as I could while sick, with over 700 LWOP hours (Leave without Pay) lost between Aug 1, 2023 and Jan 2024.    Due to my illnesses I even had two vehicle accidents while trying to continue to work.    I even worked in August after my 1st Urologist Bladder Medicine procedure when I was supposed to re-cooperate at home one week.

If, as my supervisor Jeffery Serrano states, double the orders (Only one of my many duties) is manageable, why hire 4 purchasing agents if 2 can do the job.    Why did my supervisor authorize over 49 hours of Overtime for me alone, and overtime for my co-worker if the workload was manageable?

Requesting at least $90,000, but again the lost wages and pain and suffering deserve due justice.


Respectfully,

Judy A. Redmond

Purchasing Agent

jarjac50@yahoo.com

573-414-9001


MEDICAL

*Urgent Care at John J Pershing in Poplar BLuff, Mo:    Aug 1 and 3, 2023.    Aug 3 Urology Referral
*Aug 30, 2023    Urologist in Sikeston, Mo.    First Medicine Treatment
*Sept 25th Urgent Care John J Pershing 2x this day.
*Sept 29, 2023 Sikeston Urologist 2nd Medicine Treatment (Oct 2-6 off work re-cooperating)
*File VA PTSD Claim Sept 20, 2023
*Oct 2, 2023    PTSD counceling John J Pershing
*Oct 12, 2023 Cape Girardeau Neurologist Essential Tremor Follow-up
*Oct 18, 2023 Urgent Care John J Pershing
*Oct 19, 2023 Women's Cinic Dr. Jill McGruder IC Bladder Disease John J Pershing
*Oct 25, 2023 GI Speciaist Poplar BLuff, Mo.

*Nov 6, 2023    PTSD Counseling John J Pershing
*Nov 8, 2023    Colonoscopy Poplar Bluff, Mo.
*Nov 15, 2023    Meeting with HR/Union/Work on Telework
*Nov 21 2023    John J Pershing VA Dr Appt concerning medications
*Nov 22, 2023 Cape Girardeau Urologist: New Course of IC Bladder Disease Treatment.    Referred to Pelvic Floor Physical Therapist in Poplar Bluff, Mo.
*Nov 29, 2023    GI Dr Poplar Bluff, Mo.    Blood Work for Colon Problems
*Nov 30, 2023    Women's Clinic John J Pershing Blood Work
*Dec 4, 2023    Physical Therapist Pelvic Floor 1st therapy Poplar BLuff, Mo.
*Dec 7, 2023    Phone Consult Womens Clinic    John J Pershing
*Dec 12, 2023    PTSD Counselor and Women's Clinic John J Pershing
*Dec 13, 2023    Physical Therapy Pelvic Pain Poplar Bluff, Mo.
*Dec 18, 2023    Physical Therapy and Fasting Labs        Poplar Bluff, Mo.
*Dec 20, 2023    Meeting telework:    HR Not provide VA Form By Dr til 1230 meeting 1230.    Union Scotty White ask for time to review paperwork before setting a meeting.
*Dec 28, 2023    GI Dr Appt    Diagnosis:    IBS (Irritable Bowel Syndrome)    Poplar Bluff, Mo.
*Jan 3, 2024    Physical Therapy Pelvic Poplar Bluff, Mo.
*Jan 10, 2024    Every Wednesday 9-11 PTSD Group
*Jan 30, 2024    John J Pershing VA Medicine Dr.
*Feb 12, 2024    PTSD Counselor John J Pershing
*Mar 5, 2024    Cape Girardeau Urologist

IC Bladder Disease requires lifetime treatment.    No cure.    PTSD and ET and IBS are the same.