UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JUDY ARLENE REDMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-38 ACL |
| | ) | |
| PAUL HOPKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On March 1, 2024, self-represented Plaintiff initiated this action with the filing of a civil complaint. ECF No. 1. Plaintiff subsequently paid the filing fee on March 11, 2024. ECF No. 3. Because Plaintiff paid the full filing fee, neither the Court nor the United States Marshal Service performs service of process. Instead, Plaintiff is responsible for serving defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure. Listed below are two options for service of process. Plaintiff must follow one of these two options:

**Option I:** Plaintiff must serve defendants with summonses. To do so, Plaintiff must submit to the Court for *each* of these defendants: i) a file-stamped copy of her complaint; ii) a completed summons form (AO Form 440); and iii) a completed "Notice of Intent to Use Private Process Server" form. The "Notice of Intent to Use Private Process Server" form must include the name and address of the process server who will be effectuating service upon defendants. Plaintiff must complete these forms and return them to the Clerk's Office. Once Plaintiff submits these forms, the Clerk's Office will sign and seal her summonses and return them to her. The summonses must then be served upon defendants by a private process server and return of service must be filed with

the Court. Attached to this order are the necessary forms for service of the complaint by summons. Or in the alternative,

**Option II:** Plaintiff has the option of electing to serve defendants with the "Waiver of Service" form pursuant to Federal Rule of Civil Procedure 4(d). If Plaintiff uses this option, she must complete a "Waiver of Service" form for each defendant. Plaintiff must then send the "Waiver of Service" form to each defendant, along with a copy of the complaint and a self-addressed and stamped envelope.[1] The Court will order the Clerk to forward these forms with the copy of this order. If defendants choose not to waive service, Plaintiff will then need to use a private process server as described above in Option I.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall cause service to be effected upon defendants **no later than ninety (90) days from the date of this order**. In the absence of good cause shown, failure to timely serve said defendants shall result in the dismissal of Plaintiff's claims as to said defendants without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward to Plaintiff with a copy of this order, and for each defendant: i) a file-stamped copy of the complaint; ii) a summons form; iii) a "Notice of Intent to Use Private Process Server" form; and iv) a "Waiver of Service" form.

Dated this 11th day of March, 2024.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff chooses to serve defendants by waiver, she should file a notice with the Court informing the Court of her intention. Additionally, after a defendant signs one copy of the waiver and returns it to Plaintiff, Plaintiff should file her copy of the signed waiver with the Court.